## CARL ELLIS v. THE STATE.

### No. 4157. Decided October 11, 1916.

**Gaming—Companion Case.**

Where, upon appeal from a conviction of gaming, every question presented was correctly disposed of in a companion case, the judgment must be affirmed. Following Wilson v. State, recently decided.

Appeal from the County Court of Fisher. Tried below before the Hon. M. A. Hopson.

Appeal from a conviction of gaming; penalty, a fine of ten dollars. The opinion states the case.

*L. H. McCrea* and *J. C. Randel,* for appellant.—Cited cases in companion case.

*C. C. McDonald,* Assistant Attorney General, for the State.

HARPER, JUDGE.—This is a companion case to that of Pat Wilson v. State, this day decided in an opinion by Judge Prendergast, the fine assessed in this case being ten dollars. Every question presented in this case is correctly disposed of in the opinion in the Pat Wilson case, and the judgment is therefore affirmed.

*Affirmed.*